# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ramirez, et al., | No. CV-17-00150-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Thomas Arnold Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Plaintiffs' unopposed supplemental motion in support of request for litigation costs. (Doc. 43.) Plaintiffs submitted the instant motion in response to this Court's April 3, 2018 Order (Doc. 42) in which the Court denied the requested $5,064.75 in litigation costs and limited the amount to $2,000 "unless Plaintiffs' counsel substantiates the request." The instant motion substantiates the $5,064.75, therefore, the Court will grant $5,064.75 in litigation costs to be paid from the settlement. This reduces the net recovery of the class by $3,064.75, or from $72,100 to $69,035.25.

Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiffs' unopposed supplemental motion in support of request for litigation costs. (Doc. 43.)

**IT IS FURTHER ORDERED** awarding litigation costs in the amount $5,064.75.

//

//

**IT IS FURTHER ORDERED** awarding a $69,035.25 net recovery to the class.

Dated this 5th day of April, 2018.

_____
Honorable Stephen M. McNamee
Senior United States District Judge